

MILLER & MARTIN PLLC

ATTORNEYS AT LAW

SUITE 800
1170 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30309-7649
(404) 962-6100
FAX (404) 962-6300

OLADIMEJI A. OGUNSOLA
Direct Dial (404) 962-6422
Direct Fax (404) 962-6322
oogunsola@millermartin.com

RECEIVED
CLERK'S OFFICE
2013 DEC 12 PM 12: 28
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

December 11, 2013

**VIA FEDERAL EXPRESS**

Clerk of Court
United States District Court
Middle District of Georgia
William A. Bootle Federal Building and U.S. Courthouse
475 Mulberry Street Macon, GA 31202
Phone: (478) 752-3497

   RE: **Jonathan Lee v. Kyung Il Jung**
     **U.S. District Court, Middle Georgia, Macon Division**
     **Civil Action No. 5:121-CV-293**

Dear Clerk:

  This firm represents Jonathan Lee with respect to the above-referenced action. An Order and Final Judgment (the "Judgment") was signed by Judge Marc T. Treadwell and entered on the docket on November 1, 2013 in the above referenced action (Docket No. 7).

  The amount of the Judgment is as follows:

| | | |
|---|---|---:|
| Judgment | | $6,659,800.00 |
| Pre-Judgment interest through from May 12, 2012 to October 9, 2013 | | $652,385.31 |
| | **Sum** | **$7,312,185.31** |

  We therefore respectfully **request that the Clerk issue a Writ of Execution** in favor of **Jonathan Lee** and against Kyung Il Jung. Please forward the original, recorded Writ of Execution to my attention in the enclosed pre-paid Federal Express envelope.

  Thank you for your assistance. Please call me with any comments or questions.

          Sincerely,
          MILLER & MARTIN PLLC

          Oladimeji A. Ogunsola