IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JONATHAN LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:12-CV-293(MTT) |
| ) | |
| KYUNG IL JUNG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court on the motion of Plaintiff / Judgment-Creditor Jonathan Lee ("Judgment-Creditor") to execute judgment against Defendant / Debtor Kyung Il Jung ("Debtor") (Doc. 11). In his motion, Judgment-Creditor has petitioned this Court to order that Debtor deliver to Judgment-Creditor his ownership interest in a certain patent and patent applications, namely those indexed by the United States Patent and Trademark Office as United States Patent Application Nos. 12741869, 12741874, 12741879, 13464158, 13681185, and United States Patent No. 8714385 (the "Patents"), in partial satisfaction of Judgment-Creditor's judgment (Doc. 7).[1] If Debtor refuses to deliver his ownership interest in the Patents, Judgment-Creditor has requested that this Court order the direct assignment of Debtor's ownership interest in the Patents to Judgment-Creditor.

Pursuant to Fed. R. Civ. P. 69(a)(1), the proceedings in aid of execution of a judgment "must accord with the procedure of the state where the court is located."

---

[1] Debtor did not file any response or opposition to Judgment-Creditor's motion.

Under Georgia law, a court may compel a judgment-debtor to assign its interest in a patent or patent application to a judgment-creditor in satisfaction of a judgment. *See Wilson v. 72 Riverside Invs. LLC*, 277 Ga. App. 312, 313, 626 S.E.2d 521, 523 (2006).

Accordingly, Judgment-Creditor's motion (Doc. 11) is **GRANTED**. Debtor is ordered to, within **ten days** of this Order, assign all of his ownership interest in the Patents via written assignment in the same or substantially similar manner provided for in the attached "Intellectual Property Assignment" form. If Debtor fails to deliver his ownership interest in the Patents as required herein, then Judgment-Creditor shall notify this Court of such noncompliance with this Order and submit to the Court a proposed order for the Court to directly assign to Judgment-Creditor the Debtor's ownership interest in the Patents.

**SO ORDERED**, this the 14th day of May, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

# INTELLECTUAL PROPERTY ASSIGNMENT

I, Kyung Il Jung, hereby assign any and all rights owned by me in the intellectual property described as:

**The Patents and Patent Applications indexed by the United States Patent and Trademark Office as United States Patent Application Nos. 12741869, 12741874, 12741879, 13464158, 13681185, and 13759980, and United States Patent No. 8714385**

to Plaintiff/Judgment-Creditor Jonathan Lee, pursuant to an order entered by the United States District Court for the Middle District of Georgia in the case styled *Jonathan Lee v. Kyung Il Jung*, Civil Action No. 5:12-cv-293.

_____
(Signature)

_____
(Print Name)
Sworn to and subscribed before
me this \_\_\_\_ day of _____, 2014.

_____
Notary Public

My Commission Expires: